THOMAS A. KANE (1928-1977)
SIDNEY S. KESSLER (1936-1986)
JOSEPH NURNBERG (1978-2003)

DARREN S. BERGER*†
ADAM M. COHEN
STEVEN E. COHEN
JEFFREY H. DAICHMAN
ARIS HAIGIAN
MITCHELL D. HOLLANDER†
S. REID KAHN**
ROBERT L. LAWRENCE
RONALD L. NURNBERG*
ARTHUR M. ROSENBERG†
DAVID R. ROTHFELD
JUDITH A. STOLL
DANA M. SUSMAN†
JEFFREY S. TULLMAN

ALSO ADMITTED
FLA. BAR*
N.J. BAR†
N.J. AND D.C. BAR**

# KANE KESSLER, P.C.

1350 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-4896
(212) 541-6222
FAX: (212) 245-3009
WWW.KANEKESSLER.COM

NEW JERSEY OFFICE
CONTINENTAL PLAZA
433 HACKENSACK AVENUE
HACKENSACK, N. J. 07601-6319
(201) 487-2828
FAX: (201) 487-3776

WRITER'S DIRECT NUMBER

(212) 519-5129
rkahn@kanekessler.com

STEPHEN STEINBRECHER
SENIOR COUNSEL

JAMES E. HANFT
PETER R. HERMAN
ROBERT KOLODNEY
ROBERT L. SACKS
BRUCE M. SCHLOSS
PAUL E. SZABO
COUNSEL

MICHAEL A. ZIMMERMAN
OF COUNSEL

GARY E. CONSTABLE†
SARA J. CRISAFULLI
LAUREN M.K. DAYTON
NIKI J. FRANZITTA
ARI M. GAMSS
BRENDAN P. McFEELY
ETHAN O. NOTKIN
GARY E. OSTROFF
YEKATERINA REZNIK†
GERARD SCHIANO-STRAIN
ALEXANDER SORIC
LOIS M. TRAUB
JOSEPH J. VENTIMIGLIA
SARAH BAWANY YOUSUF
JONATHAN A. ZALKIN

**MEMO ENDORSED**

August 20, 2010



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/10

**Via Federal Express**

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

      Re:    <u>**Taberna Capital Management v. Jaggi**</u>
              *08-CV-11355*

Dear Judge Cote:

      We represent the defendant, Gurpreet Jaggi ("Defendant") in the above-referenced matter. For the reasons described herein, it is necessary to request an extension of the remaining deadlines set forth in the Court's Scheduling Order dated April 9, 2010 (the "Scheduling Order"), a copy of which is enclosed.

      All fact discovery was completed by July 23, 2010 pursuant to the terms of the Scheduling Order. However, the current Scheduling Order directs that:

            (a)    expert reports must be served by August 2, 2010;

            (b)    rebuttal expert disclosures must be served by September 10, 2010;

            (c)    all expert discovery must be completed by October 1, 2010; and

            (d)    any motion for summary judgment and/or a Joint Pretrial Order must be filed by October 22, 2010.

#328967.1

KANE KESSLER, P.C.

Honorable Denise L. Cote
August 20, 2010
Page 2

      Due to the massive volume of the exhibits and related documents produced by Plaintiffs and relied upon by Plaintiff's expert in connection with the expert report, we request an extension of each of the aforesaid deadlines for a period of 60 days.

      An incomplete version of Plaintiffs' expert report in this action was initially served via email upon Butler, Oden and Jackson, co-counsel for Defendant, on August 2, 2010. Although the report refers to six exhibits, only three of those exhibits were included in the emailed version of the document. A compact disc containing a hard copy of the report, including the exhibits referenced in the report, also apparently was served by counsel for Plaintiffs via regular mail on August 2, 2010. However, we did not receive a copy of the report until on or about August 6, 2010.

      Tab 3 of the report contains an index of 102 documents reviewed by Plaintiffs' expert, Lawrence D. Morriss, Jr. in connection with his preparation of the report. None of the documents referred to in the index were included with the report, and the description of the documents included in the index is insufficient to identify the specific documents considered or determine whether such documents were previously produced in this litigation. We requested copies of these documents from Plaintiffs' counsel and received them on August 18, 2010.

      Additionally, the report incorporates by reference another expert report by Mr. Morriss from a related proceeding, dated July 30, 2010 (the "Arizona Report"). That report contains 65 exhibits, one of which is a ***528-page*** index listing ***25,083 documents*** considered by Mr. Morriss in connection with the Arizona Report. The documents listed in the index to the Arizona Report were not produced with the Arizona Report, nor are their descriptions sufficient to identify the documents. Those documents were promptly requested from Plaintiffs' counsel by our co-counsel, Butler, Oden and Jackson in the related proceeding upon service of the Arizona Report. To date, Butler, Oden and Jackson has received 10 compact discs and two hard drives in response to their request for the documents listed in the index to the Arizona Report. We have recently been informed that another hard drive of documents is forthcoming. Though the sheer volume of the listed documents and lack of identifying information makes confirmation difficult, we believe many of the documents listed have not been produced as of this date, and that many of the documents listed were never previously produced.

      Due to the overwhelming volume of these materials and manner of production, Defendant respectfully submits that the Scheduling Order dated should be extended by 60 days.

      We have requested Plaintiffs' counsel's consent to an extension of the deadlines set forth in the Scheduling Order, but Plaintiffs have agreed to one week only. We therefore respectfully request that the Court grant a 60-day extension of the deadline for rebuttal expert disclosures and corresponding adjournments of the subsequent deadlines in the Scheduling Order, which would be affected by an extension of the rebuttal expert disclosure date.

#328967.1

KANE KESSLER, P.C.

Honorable Denise L. Cote
August 20, 2010
Page 3

We are available for a conference at the Court's convenience to discuss our request.

Respectfully Submitted,

S. Reid Kahn

cc:   Jamie Welton, Esq.
      Robert M. Castle, Esq.
      Suzan Jo, Esq.
      *Attorneys for Plaintiffs*

      Todd Jackson
      William D. Hummell
      *Attorneys for Defendant*

> The parties may, on consent, adjust the schedule for expert discovery, but the October 22 date for a pretrial order or summary judgment motion is firm.
>
> Denise Cote
> Aug. 23, 2010

#328967.1