UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
TABERNA CAPITAL MANAGEMENT, LLC et al., : 08 Civ. 11355 (DLC) (FM)
                                        :
                Plaintiffs,             :      ORDER OF
        -v-                             :    REFERENCE TO A
                                        :   MAGISTRATE JUDGE
GURPREET S. JAGGI,                      :
                                        :
                Defendant.              :
                                        :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-19-10

DENISE COTE, District Judge:

   The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___   Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___   Specific Non-Dispositive Motion/Dispute
      _____
      _____

___   Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
      Purpose: _____

      If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:
      _____

___   Habeas Corpus

 X    Settlement                        ___   Social Security

Dated:   New York, New York
         October 19, 2010

                                     _____
                                          DENISE COTE
                                     United States District Judge