```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10\26\2010
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
TABERNA CAPITAL MANAGEMENT, LCC and      :
LARRY LATTIG, Litigation Trustee for the :
First Magnus Litigation Trust, as        :
Successor in Interest herein to Taberna  :      08 Civ. 11355 (DLC)
Capital Management, LLC and The Bank of  :
New York Mellon Trust Company, N.A., in  :      ORDER
its Capacity as Trustee under the        :
Indenture and Property Trustee for the   :
First Magnus TPS Trust,                  :
                         Plaintiffs,     :
                -v-                      :
GURPREET S. JAGGI,                       :
                         Defendant.      :
------------------------------------- X

DENISE COTE, District Judge:

On October 22, 2010, defendant Gurpreet S. Jaggi ("defendant") filed a motion for summary judgment. Accordingly, it is hereby

ORDERED that the plaintiff's opposition to this motion must be submitted by **November 12, 2010**. The defendant's reply, if any, must be submitted by **November 19, 2010**.

IT IS FURTHER ORDERED that at the time any reply is served, the defendant shall provide two courtesy copies of all motion papers by mail or hand delivery to the Honorable Denise Cote, United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED:

Dated:    New York, New York
          October 25, 2010

                                    _____
                                              DENISE COTE
                                    United States District Judge