# LACKEY HERSHMAN

A LIMITED LIABILITY PARTNERSHIP

3102 Oak Lawn Avenue, Suite 777
Dallas, Texas 75219-4241
Phone: (214) 560-2201
Fax: (214) 560-2203
www.lhlaw.net

November 11, 2010

**VIA HAND DELIVERY**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

RE: *Taberna Capital Management, LLC, et al. v. Gurpreet S. Jaggi*, Civil Action No. 08-cv-11355, in the United States District Court for the Southern District of New York

Dear Judge Cote:

By agreement, the parties to the above styled matter request an extension from the summary judgment briefing deadlines provided in the Court's October 26, 2010 Order [Dkt 115]. Specifically, the Order provides that Plaintiffs' Opposition be filed by November 12, 2010, with Defendant's reply being submitted by November 19, 2010.

The parties have stipulated that Plaintiffs' Opposition to Defendant's Motion for Summary Judgment be submitted by Monday, November 15, 2010, and Defendant's reply be submitted by Wednesday, November 24, 2010.

I have been authorized by Defendant's attorneys to represent that both parties request that Your Honor please endorse the agreement as outlined. Thank you for your consideration of this request.

Sincerely,

Robert M. Castle, III
Counsel for Plaintiffs

Approved by: Judge Denise L. Cote

The Honorable Denise L. CoteLACKEY HERSHMAN, L.L.P.
November 11, 2010
Page 2

cc:***Via Facsimile:***
G. Todd Jackson
Michael Butler
Butler, Oden & Jackson, P.C.
145 South 6th Avenue
Tucson, AZ 85701

Thomas A. Zlaket
Thomas A. Zlaket, P.L.L. C.
310 South Williams Blvd., Suite 170
Tucson, AZ 85711

S. Reid Kahn
Dana Michelle Susman
Gerard Schiano-Strain
Kane Kessler, P.C.
1350 Avenue of the Americas
New York, NY 10019

William D. Hummell
Kucker & Bruh, LLP
747 Third Avenue, 12th Floor
New York, NY 10017

*Counsel for Defendant*