MEMO ENDORSED

## LACKEY HERSHMAN
A LIMITED LIABILITY PARTNERSHIP

3102 Oak Lawn Avenue, Suite 777
Dallas, Texas 75219-4241
Phone: (214) 560-2201
Fax: (214) 560-2203
www.lhlaw.net

November 11, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11|12|2010

**VIA HAND DELIVERY**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

RE:   *Taberna Capital Management, LLC, et al. v. Gurpreet S. Jaggi*, Civil Action No.
08-cv-11355, in the United States District Court for the Southern District of
New York

Dear Judge Cote:

By agreement, the parties to the above styled matter request an extension from the summary judgment briefing deadlines provided in the Court's October 26, 2010 Order [Dkt 115]. Specifically, the Order provides that Plaintiffs' Opposition be filed by November 12, 2010, with Defendant's reply being submitted by November 19, 2010.

The parties have stipulated that Plaintiffs' Opposition to Defendant's Motion for Summary Judgment be submitted by Monday, November 15, 2010, and Defendant's reply be submitted by Wednesday, November 24, 2010.

I have been authorized by Defendant's attorneys to represent that both parties request that Your Honor please endorse the agreement as outlined. Thank you for your consideration of this request.

Granted -
Denise Cote
Nov. 12, 2010

Sincerely,

Robert M. Castle, III
Counsel for Plaintiffs

---

Approved by: Judge Denise L. Cote

The Honorable Denise L. Cote
November 11, 2010
Page 2

LACKEY HERSHMAN, L.L.P.

cc:     *Via Facsimile:*
        G. Todd Jackson
        Michael Butler
        Butler, Oden & Jackson, P.C.
        145 South 6th Avenue
        Tucson, AZ 85701

        Thomas A. Zlaket
        Thomas A. Zlaket, P.L.L. C.
        310 South Williams Blvd., Suite 170
        Tucson, AZ 85711

        S. Reid Kahn
        Dana Michelle Susman
        Gerard Schiano-Strain
        Kane Kessler, P.C.
        1350 Avenue of the Americas
        New York, NY 10019

        William D. Hummell
        Kucker & Bruh, LLP
        747 Third Avenue, 12th Floor
        New York, NY 10017

        *Counsel for Defendant*