UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| Taberna Capital Management, LLC and Larry Lattig, Litigation Trustee for the First Magnus Litigation Trust, as Successor in Interest to Taberna Capital Management, LLC and The Bank of New York Mellon Trust Company, N.A., Solely in its Capacity as Trustee under the Indenture and Property Trustee for the First Magnus TPS Trust, | : : : : : : : : : | No. 08-cv-11355 (DLC) |
| Plaintiffs, | : : : : | **DECLARATION OF LAWRENCE D. MORRISS, JR. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO GURPREET JAGGI'S MOTION FOR SUMMARY JUDGMENT** |
| -against- | : : | |
| Gurpreet S. Jaggi, | : : | |
| Defendant. | : : | |

---

1. My name is Lawrence D. Morriss, Jr. I am over eighteen 18 years of age and am fully competent and authorized to execute this Declaration. The matters stated herein are true and correct and within my personal knowledge.

2. I submit this Declaration in support of Plaintiffs' Opposition to Gurpreet Jaggi's Motion for Summary Judgment.

3. I am a Certified Public Accountant (CPA) specializing in, among other things, valuation and damage matters, and I am also a Certified Valuation Analyst (CVA), a Certified Fraud Examiner (CFE) and certified in financial forensics (CFF). I have more than thirty (30) years of accounting, tax, financial, forensic investigations, expert testimony, valuation, insolvency and damage analysis experience.

4. I was retained by Plaintiffs to perform an analysis of the underlying facts and render expert opinions based on my education, training, skill, and experience.

5. Attached as Exhibit 1 is the affirmative report I prepared in that regard dated July 30, 2010, including Tabs 2 through 6 (the "Report"). Some of the opinions and analyses in my Report referred to a report I issued in *Lattig v. Jaggi, et al. (In re First Magnus Financial Corp.)*, Adv. No. 4:09-ap-00211, Case No. 4:07-bk-01578, in the United States Bankruptcy Court for the District of Arizona ("Bankruptcy Case"), which is attached hereto as Exhibit 2.

6. On November 4, 2010, I issued a supplemental and rebuttal report in the Bankruptcy Case. To reflect the supplemental report issued in the Bankruptcy Case, I also issued a supplemental report in the above-captioned case on November 4, 2010. Attached as Exhibit 3 is the supplemental report I issued in this case, incorporating the supplemental and rebuttal report issued in the Bankruptcy Case, which is attached as Exhibit 4.

7. I hereby incorporate my Report, as supplemented, as if fully set forth herein.

8. I declare under penalty of perjury as prescribed by 28 U.S.C. § 1746 that the foregoing Declaration is true and correct.

Executed this 10th day of Nov., 2010.

By /s/ Lawrence D. Morriss, Jr.
Lawrence D. Morriss, Jr.
Mesirow Financial Consulting, LLC
666 3rd Avenue, 21st Floor
Chrysler Center
New York, New York 10017