# LACKEY HERSHMAN
A LIMITED LIABILITY PARTNERSHIP

3102 Oak Lawn Avenue, Suite 777
Dallas, Texas 75219-4241
Phone: (214) 560-2201
Fax: (214) 560-2203
www.lhlaw.net

**MEMO ENDORSED**

November 15, 2010

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11|15|2010
```

**VIA TELECOPY**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

RE:  *Taberna Capital Management, LLC, et al. v. Gurpreet S. Jaggi*, Civil Action No. 08-cv-11355, in the United States District Court for the Southern District of New York

Dear Judge Cote:

Per the instructions given by the clerk, Plaintiffs in the above-referenced matter request that they be allowed to file in hard copy paper form the Exhibits in Support of Plaintiffs' Memorandum of Law in Opposition to Gurpreet Jaggi's Motion for Summary Judgment.

Sincerely,

Janie R. Welton
Counsel for Plaintiffs

Granted.

_____
Approved by: Judge Denise L. Cote

Nov. 15, 2010

The Honorable Denise L. Cote              LACKEY HERSHMAN, L.L.P.
November 15, 2010
Page 2

cc:     *Via Facsimile:*
       G. Todd Jackson
       Michael Butler
       Butler, Oden & Jackson, P.C.
       145 South 6th Avenue
       Tucson, AZ 85701

       Thomas A. Zlaket
       Thomas A. Zlaket, P.L.L.C.
       310 South Williams Blvd., Suite 170
       Tucson, AZ 85711

       S. Reid Kahn
       Dana Michelle Susman
       Gerard Schiano-Strain
       Kane Kessler, P.C.
       1350 Avenue of the Americas
       New York, NY 10019

       William D. Hummell
       Kucker & Bruh, LLP
       747 Third Avenue, 12th Floor
       New York, NY 10017

       *Counsel for Defendant*

11/15/2010 16:16 2145602283 LACKEY HERSHMAN PAGE 03

Case 1:08-cv-11355-DLC   Document 124   Filed 11/15/10   Page 2 of 2