UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
                                                             :
Taberna Capital Management, LLC and Larry                    :
Lattig, Litigation Trustee for the First Magnus              :
Litigation Trust, as Successor in Interest to                :
Taberna Capital Management, LLC and The Bank                 :
of New York Mellon Trust Company, N.A.,                      :
Solely in its Capacity as Trustee under the                  :          No. 08-cv-11355 (DLC)
Indenture and Property Trustee for the First                 :
Magnus TPS Trust,                                            :     APPENDIX  IN SUPPORT OF PLAINTIFFS'
                                                             :     OPPOSITION TO DEFENDANT'S MOTION
                                                             :     TO PRECLUDE PLAINTIFFS' EXPERT
                        Plaintiffs,                          :     TESTIMONY AND REPORTS AND FOR
                                                             :     SANCTIONS
                                                             :
                    -against-                                :
                                                             :
Gurpreet S. Jaggi,                                           :
                                                             :
                        Defendant.                           :
                                                             :
-------------------------------------------------------------X
```

     Taberna Capital Management, LLC ("Taberna") and Larry Lattig, Litigation Trustee for

the First Magnus Litigation Trust, as Successor in Interest to Taberna Capital Management, LLC

("Litigation Trustee") and The Bank of New York Mellon Trust Company, N.A., Solely in its

Capacity as Trustee under the Indenture and Property Trustee for the First Magnus TPS Trust

("BONY" and collectively with Taberna and Litigation Trustee, "Plaintiffs") respectfully submit

this Appendix in Support of Plaintiffs' Opposition to Defendant's Motion to Preclude Plaintiffs'

Expert Testimony and Reports and for Sanctions ("Appendix" ).  The Appendix contains the

following materials:

| Exhibit A | Declaration of Jamie R. Welton, dated Dec. 13, 2010 |
|---|---|
| Exhibit No. 1. | Email dated September 23, 2010 from J. Welton to counsel regarding the availability of L. Morriss for his deposition |

| Exhibit No. 2. | Email dated September 23, 2010 from J. Welton to counsel regarding L. Morriss being in trial October 11 through October 22 |
|---|---|
| Exhibit No. 3. | Email dated September 24, 2010 from T. Jackson to J. Welton regarding agreement to the expert depositions |
| Exhibit No. 4. | Email dated April 21, 2005 from G. Malis to J. Chopra regarding  gt letter |
| Exhibit No. 5. | Expert report by J. Duross O'Bryan dated September 10, 2010  (served in the FMFC Insider Litigation) |
| Exhibit No. 6. | Expert report by J. Duross O'Bryan dated September 17, 2010 |
| Exhibit No. 7. | Deposition Excerpts of Larry Morriss dated November 11, 2010 |
| Exhibit No. 8. | Deposition Excerpts of J. Duross O'Bryan dated November 15, 2010 |
| Exhibit No. 9. | Deposition Excerpts of James F. Smith, Ph.D. dated November 17, 2010 (in the FMFC Insider Litigation) |
| Exhibit No. 10. | Deposition Excerpts of Doug Lemke dated June 25, 2010 |
| Exhibit No. 11. | Deposition Excerpts of Karl Young dated August 23, 2010 (in the FMFC Insider Litigation) |
| Exhibit No. 12. | Letter from D. Dwyer to C. Fornaris, copying G. Jaggi, dated July 31, 2006 |
| Exhibit No. 13. | Excerpts from the Due Diligence Questionnaire dated July 17, 2006 |
| Exhibit B | Declaration of L. Morriss' dated Nov. 10, 2010 |
| Exhibit 1 | Expert Report by L. Morriss dated July 30, 2010 |
| Exhibit 2 | Expert Report by L. Morriss dated  July 30, 2010 (in the FMFC Insider Litigation) |
| Exhibit 3 | Supplemental Report of L. Morriss dated November 4, 2010 |
| Exhibit 4 | Supplemental and Rebuttal Report of L. Morriss dated November 4, 2010 (in the FMFC Insider Litigation) |

Executed this 13th day of December, 2010.

By: /s/  Jamie R. Welton
Jamie R. Welton (JW4181)
Deborah Deitsch-Perez (DP0413)
New York State Bar No. 2000750
Robert M. Castle, III
**LACKEY HERSHMAN, L.L.P.**
3102 Oak Lawn Avenue,  Suite 777
Dallas, Texas 75219
Telephone:  214-560-2201
Facsimile:   214-560-2203

Suzan Jo, Esq.
**DUANE MORRIS LLP**
1540 Broadway, Suite 1400
New York, New York 10036-4086
Telephone: 212-692-1088
Fax: 212-214-0924
E-mail: sjo@duanemorris.com
**ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 13, 2010, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system (excluding exhibits), which will send notification of such filing to all counsel of record, and caused an electronic copy with exhibits to be served via U.S. mail on all counsel of record.

G. Todd Jackson
Michael Butler
Butler, Oden & Jackson, P.C.
145 South 6th Avenue
Tucson, AZ 85701

Thomas A. Zlaket
Thomas A. Zlaket, P.L.L. C.
310 South Williams Blvd., Suite 170
Tucson, AZ 85711

S. Reid Kahn
Dana Michelle Susman
Gerard Schiano-Strain
Kane Kessler, P.C.
1350 Avenue of the Americas
New York, NY 10019

William D. Hummell
Kucker & Bruh, LLP
747 Third Avenue, 12th Floor
New York, NY 10017

/s/Jamie R. Welton
Jamie R. Welton