```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2010
```

# LACKEY HERSHMAN
A LIMITED LIABILITY PARTNERSHIP

3102 Oak Lawn Avenue, Suite 777
Dallas, Texas 75219-4241
Phone: (214) 560-2201
Fax: (214) 560-2203
www.lhlaw.net



December 13, 2010

**MEMO ENDORSED**

**VIA HAND DELIVERY**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

RE: *Taberna Capital Management, LLC, et al. v. Gurpreet S. Jaggi*, Civil Action No. 08-cv-11355, in the United States District Court for the Southern District of New York

Dear Judge Cote:

Previously the court allowed Plaintiffs to file a hard copy of the exhibits to Support of Plaintiffs' Memorandum of Law in Opposition to Gurpreet Jaggi's Motion for Summary Judgment in the above-referenced matter.

Plaintiffs now request that they be allowed to file in hard copy paper form the Exhibits in Support of Plaintiffs' Memorandum in Opposition to the Motion to Preclude Plaintiffs' Expert Testimony and Reports for Sanctions.

Sincerely,

Jamie Welton / NKD

Jamie R. Welton
Counsel for Plaintiffs

Approved by: *[signature]* Judge Denise L. Cote
12/14/10

The Honorable Denise L. Cote                                              LACKEY HERSHMAN, L.L.P.
December 13, 2010
Page 2

cc:   *Via Facsimile:*
      G. Todd Jackson
      Michael Butler
      Butler, Oden & Jackson, P.C.
      145 South 6th Avenue
      Tucson, AZ 85701

      Thomas A. Zlaket
      Thomas A. Zlaket, P.L.L.C.
      310 South Williams Blvd., Suite 170
      Tucson, AZ 85711

      S. Reid Kahn
      Dana Michelle Susman
      Gerard Schiano-Strain
      Kane Kessler, P.C.
      1350 Avenue of the Americas
      New York, NY 10019

      William D. Hummell
      Kucker & Bruh, LLP
      747 Third Avenue, 12th Floor
      New York, NY 10017

      *Counsel for Defendant*