UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
Taberna Capital Management, LLC and Larry :
Lattig, Litigation Trustee for the First Magnus :
Litigation Trust, as Successor in Interest to :
Taberna Capital Management, LLC and The Bank :
of New York Mellon Trust Company, N.A., :
Solely in its Capacity as Trustee under the :
Indenture and Property Trustee for the First :    No. 08-cv-11355 (DLC)
Magnus TPS Trust, :
:
    Plaintiffs, :    NOTICE OF CONDITIONAL
:    SETTLEMENT
-against- :
:
Gurpreet S. Jaggi, :
:
    Defendant. :
:
------------------------------------------------------------X

**LACKEY HERSHMAN, L.L.P.**
Jamie R. Welton
Deborah Deitsch-Perez
New York State Bar No. 200750
Robert M. Castle, III
3102 Oak Lawn Avenue, Suite 777
Dallas, Texas 75219-4241
Telephone: (214) 560-2201
Telecopier: (214) 560-2203

**DUANE MORRIS, LLP**
Suzan Jo
1540 Broadway, Suite 1400
New York, New York 10036-4086
Telephone: (212) 692-1000
Telecopier: (212) 214-0924

**ATTORNEYS FOR PLAINTIFFS**

## NOTICE OF CONDITIONAL SETTLEMENT

Taberna Capital Management, LLC ("Taberna") and Larry Lattig, Litigation Trustee for the First Magnus Litigation Trust, as Successor in Interest to Taberna Capital Management, LLC and The Bank of New York Mellon Trust Company, N.A., Solely in its Capacity as Trustee under the Indenture and Property Trustee for the First Magnus TPS Trust ("Litigation Trustee" and collectively with Taberna, "Plaintiffs"), submit this Notice of Conditional Settlement to advise the Court that the parties in the above-referenced matter have entered into a binding agreement to settle their dispute, and that upon performance of certain conditions on or before February 13, 2011, will result in the dismissal of the case with prejudice, with each party bearing their own costs and attorneys' fees, on or before February 20, 2011.  In the interim, and to the extent necessary, Plaintiffs request that the case be placed on the Inactive Calendar.

Dated: January 18, 2011
New York, New York

        Respectfully submitted,

        By: /s/ Jamie R. Welton
        Jamie R. Welton
        Deborah Deitsch-Perez (2000750)
        Robert M. Castle, III
        **LACKEY HERSHMAN, L.L.P.**
        3102 Oak Lawn Avenue, Suite 777
        Dallas, Texas 75219
        Telephone:  214-560-2201
        Facsimile:   214-560-2203
        E-mail:  jrw@lhlaw.net
        E-mail:  ddp@lhlaw.net
        E-mail:  rmc@lhlaw.net

        Suzan Jo, Esq. (4500468)
        **DUANE MORRIS LLP**
        1540 Broadway, Suite 1400
        New York, New York 10036-4086
        Telephone: 212-692-1088
        Facsimile: 212-214-0924
        E-mail: sjo@duanemorris.com

        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2011, I caused the foregoing document to be sent by ECF and U.S. mail, in accordance with Local Rule 5.3 to the following counsel of record:

| | |
|---|---|
| William D. Hummell, Esq.<br>Kucker & Bruh, LLP<br>747 Third Avenue, 12th Floor<br>New York, New York 10017<br>E-mail: w.hummell@kuckerandbruh.com<br>(Attorneys for Defendant Gurpreet S. Jaggi) | G. Todd Jackson<br>Butler, Oden & Jackson, P.C.<br>E-mail: tjackson@boj-law.com<br>Michael J. Butler<br>E-mail: mbutler@boj-law.com<br>Lane Davis Odgen<br>E-mail: lodgen@boj-law.com<br>145 South 6th Avenue<br>Tucson, Arizona 85701<br>(Attorneys for Defendant Gurpreet S. Jaggi) |
| Thomas A. Zlaket<br>Thomas A. Zlaket, P.L.L.C.<br>310 South Williams Boulevard, Suite 170<br>Tucson, Arizona 85711<br>E-mail: tom@zlaketlaw.com<br>(Attorneys for Defendant Gurpreet S. Jaggi) | S. Reid Kahn<br>Kane Kessler, P.C.<br>1350 Avenue of the Americas<br>New York, New York 10019<br>E-mail: rkahn@kanekessler.com<br>(Attorneys for Defendant Gurpreet S. Jaggi) |

/s/Jamie R. Welton
Jamie R. Welton